AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WILLIAM J. BOLTON and KRISTINA D. HARWOOD-BOLTON, Husband and Wife,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-204-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Stipulated Motion for Dismissal (ECF No. 58) is GRANTED. Judgment of dismissal is entered with prejudice of the Complaint (ECF No. 1) and the claims therein. The Judgment shall be without costs or attorneys fees to any party. File closed.

June 21, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer